UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO SEGURA, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

– against –

UNITY BUILDING SERVICES, INC., and MICHAEL CERONE,

                Defendants.

**ORDER**

17 Civ. 826 (ER)

Ramos, D.J.:

On February 15, 2018, the parties submitted an application to the Court to approve their Agreement settling unpaid overtime wage claims brought under the Fair Labor Standards Act and to dismiss the case with prejudice. Doc. 21. On April 3, 2018, the Court concluded that the settlement amount was fair and reasonable and that the attorneys' fees provided were appropriate and supported by counsel's billing records. Doc. 22. The Court, however, declined to approve the Agreement based on an unduly broad release provision that was not limited to wage-and-hour claims. *Id.*

In response to the Court's order, on April 16, 2018, the parties submitted a revised Agreement, limiting the release provision to wage-and-hour claims. Doc. 23, Ex. 1. Accordingly, the Court finds that the revised Agreement complies with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and approves the revised Agreement for the reasons stated in its April 3, 2018 order.

SO ORDERED.

Dated:    April 17, 2018
           New York, New York

                                              Edgardo Ramos, U.S.D.J.